Chelsea Latino (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com

*Attorneys for Defendant USG Nevada LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAC PROPERTIES LLC dba THE KOSMOS COMPANY, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>USG NEVADA LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 3:24-cv-00508-MMD-CSD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff DAC Properties LLC dba The Kosmos Company ("Kosmos") and Defendant USG Nevada LLC ("USG") hereby stipulate, agree, and respectfully request that the Court extend the deadline for USG to respond to the operative Complaint from January 21, 2025 to February 28, 2025.[1]

The Amended Complaint was filed on November 15, 2024 (ECF No. 6) and Kosmos sent USG the waiver of service on November 19, 2024, which USG signed and returned (ECF No. 15). As such, USG's deadline to respond or otherwise answer the Complaint is currently January 21, 2025. The parties have agreed and respectfully

---

[1] This Stipulation should not be construed as, nor shall it constitute, a waiver of any rights and remedies of USG or its directors, officers, employees, agents, representatives or any other related or affiliated parties, and all such rights and remedies, whether arising under law, in equity, or otherwise, are hereby expressly reserved. This reservation specifically includes, but is not limited to, USG's rights to challenge jurisdiction, venue, or other procedural and preliminary matters.

1  request to extend this deadline to February 28, 2025, as the parties require additional
2  time to discuss potential resolution and are scheduled to participate in mediation during
3  this time period. As such, the requested extension may obviate the need for motion
4  practice and conserve judicial and the parties' resources.

5      The parties do not seek this extension for the purposes of delay and this is the first
6  request for an of time for USG to respond to Kosmos's Complaint. Accordingly, the
7  parties request that the Court grant USG an extension of time to respond to the Complaint
8  (ECF No. 6) until February 28, 2025.

9      Dated: January 20, 2025.

10 PARSONS BEHLE & LATIMER　　　　　McDONALD CARANO LLP

12  /s/ Rew Goodenow　　　　　　　　　　/s/ Chelsea Latino
Rew R. Goodenow (NSBN 3722)　　　　Chelsea Latino (NSBN 14227)
50 West Liberty Street, Suite 750　　　　100 West Liberty Street, Tenth Floor
13 Reno, Nevada 89501　　　　　　　　　Reno, Nevada 89501
(775) 323-1601　　　　　　　　　　　(775) 788-2000
14 rgoodenow@parsonsbehle.com　　　　clatino@mcdonaldcarano.com

15 *Attorneys for Plaintiff DAC Properties LLC*　　*Attorneys for Defendant USG Nevada LLC*
*dba The Kosmos Company*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 21, 2025

2