Chelsea Latino (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com

*Attorneys for Defendant USG Nevada LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAC PROPERTIES LLC dba THE KOSMOS COMPANY, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>USG NEVADA LLC, a Delaware limited liability company, ORMAT TECHNOLOGIES, INC., a Delaware corporation, ORMAT NEVADA, INC., a Delaware corporation, and ORNI 36 LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 3:24-cv-00508-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Defendants USG Nevada LLC, Ormat Technologies, Inc., Ormat Nevada Inc., and ORNI 36 LLC ("Defendants"), and Plaintiff DAC Properties LLC dba The Kosmos Company ("Plaintiff"), by and through their undersigned counsel of record, hereby stipulate and agree under Federal Rule of Civil Procedure 41(a) to dismiss this case in its entirety with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The parties further stipulate and agree that each party shall bear its own attorney fees and costs.

3  It is so stipulated.

4  Dated: November 25, 2025.

| MARKOWITZ HERBOLD PC | McDONALD CARANO LLP |
|---|---|
| /s/ Jeffrey S. Lovinger | /s/ Chelsea Latino |
| David B. Markowitz, *Admitted Pro Hac Vice*<br>Jeffrey S. Lovinger, *Admitted Pro Hac Vice*<br>Erin D. Dawson, *Admitted Pro Hac Vice*<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br>DavidMarkowitz@MarkowitzHerbold.com<br>JeffreyLovinger@MarkowitzHerbold.com<br>ErinDawson@MarkowitzHerbold.com | Chelsea Latino (NSBN 14227)<br>100 West Liberty Street, Tenth Floor<br>Reno, Nevada 89501<br>(775) 788-2000<br>clatino@mcdonaldcarano.com<br><br>*Attorneys for Defendants* |
| Rew R. Goodenow<br>Ethan J. Foster<br>Parsons Behle & Latimer PC<br>50 West Liberty Street, Suite 750<br>Reno, NV 89501<br>rgoodenow@parsonsbehle.com<br>efoster@parsonsbehle.com | |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 26, 2025